Accordingly, this court *affirms* the Board's decision.

No costs.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

EURODIF S.A. COMPAGNIE GENERALE DES MATIERES NUCLEAIRES (now known as Areva NC), and Cogema, Inc. (now known as Areva NC Inc.), Plaintiffs–Appellees,

and

Ad Hoc Utilities Group, Plaintiff–Appellee,

v.

UNITED STATES, Defendant,

v.

USEC Inc. and United States Enrichment Corporation, Defendants–Appellants.

No. 2006–1527.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2007.

LINQ INDUSTRIAL FABRICS, INC., Plaintiff–Appellee,

v.

INTERTAPE POLYMER CORP. and Intertape Polymer Management Corp., Defendants–Appellants.

No. 2006–1496.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2007.

Before MAYER, LINN and PROST, Circuit Judges.

Before MAYER, LINN and PROST, Circuit Judges.